# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

**RALPH WARREN GOLDEN,**

    **Plaintiff,**

**vs.**                               **CASE NO. 1:07CV132-MP/AK**

**SHERIFF OELRICH, et al,**

    **Defendants.**

    _____/

## REPORT AND RECOMMENDATION

Plaintiff brings this cause of action under 42 U.S.C. §1983 for injuries resulting from an alleged use of force which allegedly occurred during his arrest by Defendants on August 9, 2004. (Doc. 15). It came to the Court's attention after the filing of the first amended complaint that Plaintiff had another case in this district against Defendant Crews arising from the same incident for which trial had been scheduled. See Case No. 1:05cv129-MD. Trial was held in February 2008 and a verdict rendered resulting in a Judgment for Plaintiff against Defendant Crews. (See Doc. 135 in Case No. 1:05cv129-MD).

It is well settled law that *res judicata* or claim preclusion bars a subsequent claim when a court of competent jurisdiction entered a final judgment on the merits of the same cause of action in a prior suit. I. A. Durbin, Inc. v. Jefferson National Bank, 793 F.2d 1541, 1549 (11th Cir. 1986). This is true to bar "not only [ ] the precise legal theory presented in the previous litigation, but to all legal theories and claims arising out of the same operative nucleus of fact." NAACP v. Hunt, 891 F.2d 1555, 1561 (11th

Cir. 1990).  The exact event of which Plaintiff complains in this lawsuit is the arrest and injuries litigated in Case No. 1:05cv129-MD.  Although Plaintiff adds defendants and facts in the present lawsuit, these persons and claims could have been brought in the previous lawsuit because these facts and persons were known to Plaintiff at the time he brought the earlier lawsuit.

Consequently, it is respectfully **RECOMMENDED** that Plaintiff's amended complaint, doc. 15, be **DISMISSED** as barred by the doctrine of res judicata.

**IN CHAMBERS** at Gainesville, Florida, this 19th Day of September, 2008.

s/ A Kornblum
**ALLAN KORNBLUM**
**UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO THE PARTIES

A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation.  A party may respond to another party's objections within 10 days after being served with a copy thereof.  Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.

**No. 1:07cv132-mp/ak**