IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION


RALPH WARREN GOLDEN,

    Plaintiff,

v.                                                                    CASE NO. 1:07-cv-00132-MP-AK

DARRELL BESSINGER,
JOSHUA CREWS,
MARK LITZKOW,
STEVEN M OELRICH,

    Defendants.

_____/

## **O R D E R**

This matter is before the Court on Doc. 17, Report and Recommendation of the Magistrate Judge, recommending that the complaint in this case is barred by doctrine of res judicata. The time for filing objections has passed, and none have been filed. The Court agrees withe Magistrate Judge that the exact event of which Plaintiff complains in this lawsuit is the arrest and injuries litigated in Case No. 1:05cv129-MD. Although Plaintiff adds defendants and facts in the present lawsuit, these persons and claims could have been brought in the

previous lawsuit because these facts and persons were known to Plaintiff at the time he brought the earlier lawsuit.  Accordingly, it is hereby

    **ORDERED AND ADJUDGED:**

1. The Report and Recommendation of the Magistrate Judge is adopted and incorporated herein.

2. This case is dismissed with prejudice under the doctrine of res judicata.

    **DONE AND ORDERED** this  *9th*   day of December, 2008

                  *s/Maurice M. Paul*
              Maurice M. Paul, Senior District Judge